UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL ONDER,                                )
                                              )
                                              )
        Plaintiff,                            )
                                              )
    vs.                                       )        Case No. 4:12CV599SNLJ/TIA
                                              )
CAROLYN W. COLVIN[1],                         )
Acting Commissioner of Social Security,       )
                                              )
        Defendant.                            )

## ORDER AND JUDGMENT

Having received no objections to the United States Magistrate Judge's Report and Recommendation [14], filed August 2, 2013,

**IT IS HEREBY ORDERED**  that the Report and Recommendation of United States Magistrate Judge Terry I. Adelman  [14], filed August 2, 2013 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff in her Complaint and Brief in Support of Complaint be and is **DENIED.**

**IT IS FINALLY ORDERED** that the final decision of the ALJ denying the plaintiff's claims for social security benefits be and is **AFFIRMED** and judgment be entered in favor of the defendant Commissioner.   This Court does not retain jurisdiction of this matter.

---

[1] As of February 14, 2013 Carolyn W. Colvin was appointed the Acting Commissioner of Social Security; thereby, replacing Michael J. Astrue as the Commissioner of Social Security.

Dated this  25th  day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE